**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**SYLVESTER KIMP**                                                                                          **PLAINTIFF**

V.                          **CASE NO.: 2:10CV00133 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Plaintiff Sylvester Kimp's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 7th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE